CAUSE NO. 11-0588-A/B

ROBERT FAIR, INDEPENDENT EXECUTOR §
OF THE ESTATE OF WILTON FAIR, §
DECEASED, and BARTON WALKER FAIR, JR. §
    Plaintiffs §
    §
    §
VS. §
    §
    §
ARP CLUB LAKE, INC., BOB DEHAAN, §
JAMES T. & LOIS D. JACOBS, JEANNE §
DAVIS, ROSE WEST, and JAMES D. & §
DORIS CARUTHERS §
    Defendants §



IN THE DISTRICT COURT

FILED
JAN 31 2013

SMITH COUNTY, TEXAS
           DEPUTY

114TH JUDICIAL DISTRICT

## ORDER GRANTING DEFENDANT ARP CLUB LAKE, INC.'S MOTION FOR SUMMARY JUDGMENT

On this day came on to be heard Defendant Arp Club Lake, Inc.'s Motion for Summary Judgment, and the Court, having considered same is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that all of Plaintiffs ROBERT FAIR, INDEPENDENT EXECUTOR OF THE ESTATE OF WILTON FAIR, DECEASED, and BARTON WALKER FAIR, JR.'s claims against Defendant ARP CLUB LAKE, INC., are hereby dismissed with prejudice to the re-filing of same.

SIGNED this 30th day of January, 2013.

_____
JUDGE PRESIDING

CAUSE NO. 11-0588-A/B

ROBERT FAIR, INDEPENDENT          §
EXECUTOR OF THE ESTATE OF         §
WILTON FAIR, DECEASED AND         §
BARTON WALKER FAIR, JR.,          §
          Plaintiffs              §
                                  §
v.                                §
                                  §
ARP CLUB LAKE, INC., BOB DEHAAN   §
JAMES T. AND LOIS D  JACOBS,      §
JEANNE DAVIS, ROSE WEST AND       §
JAMES D. AND DORIS CARUTHERS,     §
          Defendants.             §



IN THE DISTRICT COURT

FILED
JAN 31 2013
LOIS ROGERS
DISTRICT COURT SMITH CO. TX
BY _____ DEPUTY

OF SMITH COUNTY, TEXAS

114TH JUDICIAL DISTRICT

## ORDER GRANTING DEFENDANT JEANNE DAVIS'S
## MOTION FOR SUMMARY JUDGMENT

On this day, came on to be considered Defendant Jeanne Davis's Motion for

Summary Judgment , and the Court, having considered same is of the opinion that said

Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Jeanne Davis's Motion for Summary

Judgment is GRANTED.

IT IS FURTHER ORDERED that all of Plaintiffs Robert Fair, Independent Executor

of the Estate of Wilton Fair, Deceased, and Barton Walker Fair, Jr.'s claims against

Defendant Jeanne Davis are hereby dismissed with prejudice to refiling.

SIGNED this _____31st_____ day of _____January_____, 2013.

JUDGE CHRISTI KENNEDY, Presiding Judge
114TH JUDICIAL DISTRICT COURT
SMITH COUNTY, TEXAS

CAUSE NO. 11-0588-A/B

ROBERT FAIR, INDEPENDENT §
EXECUTOR OF THE ESTATE OF §
WILTON FAIR, DECEASED §
AND BARTON WALKER, FAIR, JR. §
   Plaintiffs §
§
VS. §
§
ARP CLUB LAKE, INC., BOB DEHAAN, §
JAMES T. & LOIS D. JACOBS, JEANNE §
DAVIS, ROSE WEST, and JAMES D. §
& DORIS CARUTHERS §
   Defendants §

IN THE DISTRICT COURT

SMITH COUNTY, TEXAS

114TH JUDICIAL DISTRICT

### ORDER GRANTING DEFENDANTS, BOB DEHAAN AND JAMES D. AND DORIS CARUTHERS MOTION FOR SUMMARY JUDGMENT

On this day came on to be heard Defendant Bob Dehaan and James D. and Doris Caruthers' Motion for Summary Judgment, and the Court, having considered same is of the opinion that said Motion should GRANTED.

IT IS THEREFORE ORDERED that all of Plaintiffs ROBERT FAIR, INDEPENDENT EXECUTOR OF THE ESTATE OF WILTON FAIR, DECEASED, and BARTON WALKER FAIR, JR.'S claims against Defendants BOB DEHANN and JAMES D. AND DORIS CARUTHERS are hereby dismissed with prejudice to the re-filing of same.

SIGNED this 30 day of January, 2013

JUDGE PRESIDING

CAUSE NO. 11-0588-A/B

ROBERT FAIR, INDEPENDENT EXECUTOR §
OF THE ESTATE OF WILTON FAIR, §
DECEASED, and BARTON WALKER FAIR, JR. §
    Plaintiffs §
    §
    §
VS. §
    §
    §
ARP CLUB LAKE, INC., BOB DEHAAN, §
JAMES T. & LOIS D. JACOBS, JEANNE §
DAVIS, ROSE WEST, and JAMES D. & §
DORIS CARUTHERS §
    Defendants §



IN THE DISTRICT COURT

FILED
JAN 31 2013
SMITH COUNTY, TEXAS
CLERK 114TH JUD DIST COURT SMITH CO., TX
DEPUTY

114TH JUDICIAL DISTRICT

## ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day came on for submission Plaintiffs' Motion for Partial Summary Judgment, and the court, after considering said Motion and Defendant Arp Club Lake, Inc.'s Response thereto, is of the opinion that said Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Partial Summary Judgment is DENIED.

SIGNED this 30th day of January, 2013.

_____
JUDGE PRESIDING